**Order entered November 13, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00997-CV

**JOHN DOE, Appellant**

**V.**

**ROMAN CATHOLIC DIOCESE OF DALLAS, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07025**

## ORDER

Before the Court is appellant's November 8, 2019 motion for a sixteen-day extension of time to file his opening brief. We **GRANT** the motion and **ORDER** the brief be filed no later than December 11, 2019.

/s/     BILL WHITEHILL
            JUSTICE